**Anulfo BELLO–GALLEGOS, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 02–15832.
D.C. No. CV–01–00554–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 20, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM **

Federal prisoner Arnulfo Bello–Gallegos appeals the district court's denial of his 28 U.S.C. § 2255 motion. We review de novo. *United States v. Day,* 285 F.3d 1167, 1169 (9th Cir.2002).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Bello–Gallegos's § 2255 petition is untimely. The petition to revoke supervised release does not reinitiate the limitations period of 28 U.S.C. § 2255. The one-year period applies and there are no applicable exceptions.

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

